UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
GABRIEL JOSE PENA,

                Plaintiff,                <u>ADOPTION ORDER</u>
                                          21-CV-2496(JS)(JMW)

    -against-

SUFFOLK COUNTY POLICE DEPARTMENT,
CHRISTIAN DEMERS, and MICHELLE
KNUDSEN,

                Defendants.
--------------------------------X
APPEARANCES
For Plaintiff:     Gabriel Jose Pena, <u>pro se</u>
                  620029
                  22 Judith Drive
                  Coram, New York  11727

For Defendants:    Stacy A. Skorupa, Esq.
                  Suffolk County Department of Law
                  H. Lee Dennison Building
                  100 Veterans Memorial Highway
                  Hauppauge, New York  11788

SEYBERT, District Judge:

        Pending before the Court is the <u>sua sponte</u> Report and Recommendation ("R&R") by the Honorable James M. Wicks, which recommends that this action be dismissed pursuant to Federal Rule of Civil Procedure ("Rule") 41(b) because <u>pro se</u> plaintiff Gabriel Jose Pena ("Plaintiff") has failed to prosecute this action and failed to comply with Court orders.  (<u>See</u> R&R, ECF No. 31.)

        In his R&R, Judge Wicks notes that after Plaintiff filed his Complaint and application to proceed <u>in forma pauperis</u>, Plaintiff's participation in this action was limited to his

attendance of the Initial Conference on March 4, 2022.  (Id. at 2.)
Thereafter, Plaintiff's intentions to prosecute this case clearly
dissipated.  Plaintiff failed to adhere to the discovery schedule
implemented during the Initial Conference, failed to communicate
with his adversary, and failed to comply with Judge Wicks'
orders -- two of which included clear warnings that Plaintiff's
non-compliance would result in a recommendation to the undersigned
that this case be dismissed.  (See id. at 2-3 (citing May 31, 2022
Elec. Order; June 22, 2022 Elec. Order).)  As a result, Judge Wicks
issued his R&R, recommending that this case be dismissed pursuant
to Rule 41(b).  (Id. at 3-6 (finding the five-factor test set forth
in Baptiste v. Sommers, 768 F.3d 212, 216 (2d Cir. 2014) weighed
in favor of dismissal).)

　　　　Plaintiff was served with copies of the R&R by certified
mail and express mail to his address of record.  (See Certificate
of Service, ECF No. 32.)  The time to object to the R&R has expired
and no objections to the R&R have been filed.  Upon careful review
and consideration, the Court finds Judge Wicks' R&R to be
comprehensive, well-reasoned, and free of clear error.  As such,
the Court ADOPTS the R&R in its entirety.

　　　　The Clerk of the Court is respectfully directed to enter
judgment accordingly and to mark this case CLOSED.

SO ORDERED.


/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: November 7, 2022
       Central Islip, New York